IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

17 SEP 14 PM 2:30

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

| | |
|---|---|
| ELIZABETH M. GIESKE, AN INDIVIDUAL, § <br> AS EXECUTOR FOR THE ESTATE OF § <br> ANN MAY MOORE, ON BEHALF OF § <br> HERSELF AND ALL OTHERS SIMILARLY § <br> SITUATED, § <br>                              PLAINTIFF, § <br> § <br> V. § <br> § <br> WHOLE FOODS MARKET, INC., JOHN P. § <br> MACKEY, WALTER ROBB, JONATHAN § <br> SEIFFER, GABRIELLE SULZBERGER, § <br> SHAHID HASSAN, STEPHANIE A. § <br> KUGELMAN, JOE MANSUETO, MARY § <br> ELLEN COE, KENNETH C. HICKS, § <br> SHARON L. MCCOLLAM, RONALD M. § <br> SHAICH, and SCOTT F. POWERS, § <br>                              DEFENDANTS. § | CAUSE NO. 1:17-CV-684-LY |

## **FINAL JUDGMENT**

Before the court is the above entitled cause. On September 12, 2017, the parties filed a Stipulation Concerning Plaintiff's Voluntary Dismissal of Above Action (Doc. #12), which the court approved by separate order. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case hereby **CLOSED**.

SIGNED this ____14th____ day of September, 2017.

                                                LEE YEAKEL
                                                UNITED STATES DISTRICT JUDGE